**STATE of Missouri, Plaintiff/Respondent,**

v.

**Chiew Seng LIM, Defendant/Appellant.**

**No. ED 80015.**

Missouri Court of Appeals, Eastern District, Division One.

April 16, 2002.

Heather E. Franken, St. Charles, MO, for appellant.

John Nave, John C. Bauer, St. Charles, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., and KATHIANNE KNAUP CRANE and ROBERT G. DOWD, JR., JJ.

**ORDER**

PER CURIAM.

Chiew Seng Lim (Defendant) appeals the judgment upon his convictions by a jury of three counts of the class A misdemeanor of stalking, Section 565.225, RSMo 2000; one count of the class A misdemeanor of harassment, Section 565.090, RSMo 2000; and one count of the class B misdemeanor of peace disturbance, Section

574.010, RSMo 2000. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).